| | |
|---|---|
| 1 | ROBERT P. KRISTOFF (SB# 90874) bobkristoff@paulhastings.com |
| 2 | ZACHARY P. HUTTON (SB # 234737) zacharyhutton@paulhastings.com |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA  94105-3441 |
| 4 | Telephone:  (415) 856-7000 |
| | Facsimile:  (415) 856-7100 |
| 5 | |
| | Attorneys for Defendant |
| 6 | GENERAL ELECTRIC CO. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| IRMA BERKELEY, ANTONIO D. SMITH, SR., DON CROW, JR., and JEREMY M. FIORE, individually and on behalf of all others similarly situated, | CASE NO.  2:07-CV-08071 VBF (JCRx) |
| | **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| TOTAL WESTERN, INC., GENERAL ELECTRIC CO., and DOES 1-10, | |
| Defendants. | |

1  Pursuant to this Court's order granting Defendant General Electric Co.'s
2  Motion to Dismiss Plaintiffs' Second Amended Complaint,
3      IT IS HEREBY ORDERED, ADJUDGED and DECREED that:
4      1.    The action is dismissed with prejudice and judgment is entered in
5  favor of Defendant General Electric Co. and against Plaintiffs.
6      2.    Defendant General Electric, Co. shall recover its costs in an amount to
7  be taxed by the Clerk.

DATED: September 19, 2008

_/s/ Valerie Baker Fairbank_____

HON. VALERIE BAKER FAIRBANK
DISTRICT COURT JUDGE